HELEN DeCESARE, Respondent, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASS., Appellant.

Argued October 9, 1939; decided October 30, 1939.

*Meyer Fix* for appellant.

*Charles Lambiase* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.